UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

In re:  
    Daniel Lee Vanderzwagg  
    Patricia Leanne Vanderzwaag  

        Debtor(s),
_____/

Case No.  21-02664  
Chapter 7  
Hon. James W. Boyd

### RE-NOTICE OF § 341 FIRST MEETING OF CREDITORS

The Trustee, Lisa E. Gocha, hereby gives notice that the §341 First Meeting of Creditors in the above entitled matter scheduled for **January 3, 2022 at 3:00 p.m. shall be held <u>telephonically</u> at the later time of 2:00 p.m.** due to concerns regarding COVID-19/coronavirus.  Any creditors or other interested parties wishing to attend should email the Chapter 7 Trustee within 24 hours of the Meeting with the appropriate telephone number, so that they may be included in a conference call.

Dated: December 14, 2021  
Lisa E. Gocha  
Chapter 7 Trustee  
P.O. Box 398  
Hudsonville, MI. 49426  
(616) 797-4206  
lgchapter7@yahoo.com

By: /s/ *Lisa E. Gocha*